UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROZANNE CAMACHO, ) | Case No.: 11-CV-00104-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING CASE |
| v. ) | MANAGEMENT CONFERENCE AND |
| ) | SERVICE OF THE COMPLAINT |
| JP MORGAN CHASE BANK, N.A.; ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS INC., solely as nominee for lender, ) | |
| Alliance Bancorp, its successors and assigns; ) | |
| WORLD SAVINGS BANK, FSB; and ) | |
| CALIFORNIA RECONVEYANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court held a case management conference on April 13, 2011, pursuant to the Scheduling Order issued in this case. *See* Order Settling Initial Case Management Conference and ADR Deadlines, Dkt. No. 3. Plaintiff did not file a case management statement, as required by the Scheduling Order and the Local Rules, and she did not appear at the case management conference. There is also no indication that Plaintiff has served Defendants with the summons and complaint. Accordingly, it appears that Plaintiff may not be prosecuting this case.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve the summons and complaint on each Defendant within 120 days of filing the Complaint. Plaintiff filed the instant action on January 10, 2011. Therefore, she must serve the Defendants no later than May 10, 2011. "If a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss

1

Case No.: 11-CV-00104-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE AND SERVICE OF THE COMPLAINT

1  the action without prejudice against that defendant or order that service be made within a specified
2  time." Fed. R. Civ. Pro. 4(m). Accordingly, if Plaintiff has not served Defendants and filed proof
3  of service with the Court by May 10, 2011, the Court will dismiss this case without prejudice for
4  failure to serve and prosecute the action. If Plaintiff intends to prosecute the case, but cannot effect
5  service by May 10, 2011, she must request an extension of the time for service and explain to the
6  Court why service could not be made in a timely manner.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
LUCY H. KOH
United States District Judge