**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROZANNE CAMACHO,<br><br>          Plaintiff,<br>   v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS INC., solely as nominee for lender,<br>Alliance Bancorp, its successors and assigns;<br>WORLD SAVINGS BANK, FSB; and<br>CALIFORNIA RECONVEYANCE<br>COMPANY,<br><br>          Defendants. | Case No.: 11-CV-00104-LHK<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On April 14, 2011, the Court issued an order advising Plaintiff that she had failed to appear at a scheduled case management conference and that the deadline to serve Defendants was May 10, 2011. The Court stated that if Plaintiff failed to serve Defendants and file proof of service with the Court by May 10, 2011, the Court would dismiss this case without prejudice for failure to serve and prosecute the action. As of this date, Plaintiff has neither served Defendants nor requested an extension of time in which to do so. Accordingly, the Court hereby DISMISSES this action without prejudice for failure to timely serve Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 20, 2011

                                           _Lucy H. Koh_
                                           LUCY H. KOH
                                           United States District Judge

1

Case No.: 11-CV-00104-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE